# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CRAMNARAINE RAMNARAINE,**

      **Plaintiff,**

**v.**                                                                     Case No:   6:15-cv-710-Orl-22GJK

**SUPER TRANSPORTATION OF FLORIDA, LLC,**

      **Defendant.**

## ORDER

This cause is before the Court on Second Renewed Joint Motion for Judicial Approval of FLSA Settlement (Doc. No. 27) filed on January 25, 2016.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED in part and DENIED in part.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Non-Objection (Doc. No. 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 28, 2016 (Doc. No. 28), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Second Renewed Joint Motion for Judicial Approval of FLSA Settlement is hereby GRANTED in part and DENIED in part.

3. The Court STRIKES the confidentiality and non-disparagement clauses, Doc. No. 27-1 at ¶8(a)-(d), from the Agreement.

      4.      The Motion is GRANTED to the extent that the Court finds the Agreement, with the modifications set forth above, to be a fair and reasonable compromise of Plaintiff's FLSA claims.   Otherwise, the Motion is DENIED.

      5.      This case is DISMISSED WITH PREJUDICE.

      6.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on April 4, 2016.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record